# LAWRENCE L. VAN KLEECK
### v.
# ROBISON & MARTIN

## 1808

## JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 155
2. Rule for special bail . . . . . . . . . . " 157
3. Plea filed . . . . . . . . . . . . " 166
4. Special bail . . . . . . . . . . . . " 175
5. Rule for commission to take depositions . . . . . " 175
6. Jurors; verdict . . . . . . . . . . . " 223
7. Judgment . . . . . . . . . . . . " 224

## PAPERS IN FILE
[None]